[No. 5983-5-II.  Division Two.  December 7, 1983.]

THE STATE OF WASHINGTON, *Respondent,* v. CLANCY
LEE PHILLIPS, *Appellant.*

Appeal from a judgment of the Superior Court for Kitsap
County, No. 81-1-00340-9, Robert J. Bryan, J., entered
October 23, 1981. *Affirmed* by unpublished opinion per
Petrich, C.J., concurred in by Petrie and Worswick, JJ.

[No. 5223-1-III.  Division Three.  December 8, 1983.]

THE BOARD OF DIRECTORS OF GREEN TANK IRRIGATION
DISTRICT NO. 11, ET AL, *Appellants,* v.
THE CITY OF COLLEGE PLACE,
*Respondent.*

Appeal from a judgment of the Superior Court for Walla
Walla County, No. 74615, Yancey Reser, J., entered May
10, 1982. *Affirmed* by unpublished opinion per Munson,
C.J., concurred in by Green, J., and Loy, J. Pro Tem.

[No. 5010-6-III.  Division Three.  December 8, 1983.]

THE STATE OF WASHINGTON, *Respondent,* v. ROBERT
CARL ALLYN, *Appellant.*

Appeal from a judgment of the Superior Court for Che-
lan County, No. 5866, Charles W. Cone, J., entered January
18, 1982. *Affirmed* by unpublished opinion per McInturff,
J., concurred in by Munson, C.J., and Green, J.

[No. 5327-0-III.  Division Three.  December 8, 1983.]

THE STATE OF WASHINGTON, *Respondent,* v. ROBERT
PAUL EADES, *Appellant.*

Appeal from a judgment of the Superior Court for
Franklin County, No. 4431, Albert J. Yencopal, J., entered
July 30, 1982. *Affirmed* by unpublished opinion per Loy, J.
Pro Tem., concurred in by Munson, C.J., and Green, J.